UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

BEKTASH SEFA,

    Defendant.
_____/

Case: 2:22−cr−20409
Assigned To : Edmunds, Nancy G.
Referral Judge: Grey, Jonathan J.C.
Assign. Date : 8/3/2022
Description: INFO USA V. SEFA (DA)

Violations: 18 U.S.C. § 113(a)(5);

49 U.S.C. § 46506

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 113(a)(5) – Simple Assault

On or about October 10, 2021, within the special aircraft jurisdiction of the United States, while on board Delta Airlines Flight 137, which originated in Amsterdam Airport Schiphol and was landing at Detroit Metropolitan Airport in the Eastern District of Michigan, the defendant BEKTASH SEFA did assault AV-1, a passenger on Delta Airlines Flight 137, by willfully and intentionally touching and making physical contact with AV-1 in an offensive manner without

justification or excuse, in violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506.

DAWN N. ISON
United States Attorney

*s/Brandy R. McMillion*
BRANDY R. MCMILLION
Chief, General Crimes Unit

*s/Tara M. Hindelang*
TARA M. HINDELANG
Assistant United States Attorney

Dated: August 3, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Bektash Sefa

**County where offense occurred:** Wayne

**Check One:**   ☐ Felony   ☒ Misdemeanor   ☐ Petty

    ___Indictment/___Information --- **no** prior complaint.
    ___Indictment/ ✓ Information --- based upon prior complaint [Case number: 22-mj-30179 ]
    ___Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 3, 2022
Date

*/s/ Tara*

Tara Mathena Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9543
Fax: 313-226-2372
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.